**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PARAGARD® IUD<br>PRODUCTS LIABILITY LITIGATION | MDL No. _____ |

***AMENDED* PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by First Class Mail on September 25, 2020, to the following:

Clerk, Central District California
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Clerk, District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

Clerk, District of Idaho
James A. McClure Federal Building and U.S. Courthouse
550 W. Fort Street Suite 400
Boise ID 83724

Clerk, District of Minnesota
Diana E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Clerk, District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW
Albuquerque, NM 87102

Clerk, District of South Carolina
J. Waties Waring Judicial Center
Meeting Street at Broad Street
Charleston, South Carolina 29401

Clerk, District of Utah

351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101

Clerk, Eastern District of California
Robert T. Matsui United States Courthouse
501 I St # 4200
Sacramento, CA 95814

Clerk, Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Clerk, Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

Clerk, Eastern District of North Carolina
Clerk of Court
PO Box 25670
Raleigh, NC 27611

Clerk, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk, Eastern District of Texas
Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 104
Beaumont, Texas 77701

Clerk, District of Maryland
101 West Lombard Street
Baltimore, MD   21201

Clerk, Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

Clerk, Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

Clerk, Middle District of Florida
Bryan Simpson United States Courthouse

300 North Hogan Street
Jacksonville, Florida 32202

Clerk, Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

Clerk, Middle District of Tennessee
Estes Kefauver Federal Building & Courthouse
801 Broadway, Room 800
Nashville, TN 37203

Clerk, Northern District of Florida
U.S. Courthouse
One North Palafox St.
Pensacola, FL 32502

Clerk, Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Clerk, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Clerk, Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

Clerk, Southern District of Illinois
301 West Main Street
Benton, IL 62812

Clerk, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007 - 1312

Clerk, Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Clerk, Southern District of Texas
515 Rusk Street
Houston, TX 77002
713-250-5500

Clerk, Western District of Missouri
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Clerk, Western District of Washington
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101

Frederick M. Erny, Esq.
Lisa Kuhnell, Esq.
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical, **Duramed Pharmaceuticals, Inc.**

Brian Rubenstein, Esq.
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, Pa 19103
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Allison Jones, Esq.
Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Kathleen M. Rhoads, Esq.
Gordon Rees Scully Mansukhani, LLP
3 Parkcenter Drive Suite 200

Sacramento, CA 95825
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Celeste R. Coco−Ewing, Esq.
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
LL&E Tower , 909 Poydras St. Suite 2350
New Orleans, LA 70112
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Rex A. Littrell, Esq.
Ulmer & Berne, LLP
65 E. State Street, Suite 1100
Columbus, OH 43215-4213
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

George Francis Verschelden, Esq.
Stinson LLP
1201 Walnut St.
Ste. 2900
Kansas City, MO 64106
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Tim Warnock, Esq.
Riley Warnock & Jacobson PLC
906 West End Ave
Nashville, TN 37203
Counsel for Defendants: Teva Pharmaceuticals, Inc., USA, Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, CooperSurgical

Kara Hill, Esq.
Tobias Millrood, Esq.
Harris Pogust, Esq.
Pogust Braslow and Millrood LLC
Eight Tower Bridge
161 Washington Street Suite 1520
Conshohocken, PA 19428
Counsel for Plaintiffs: LaTiesha Traylor, Laurie Steiner Halperin, Ashley Riley, Ellie Wenger, Melissa Arias, Nicholle Barcelo, Kathryn Barrett, Korton Bibbs, Roche Burrell, Carrie Deselms, Aiesha Ferrell, Danielle Garber, Guerty Genosier, Amy Kruzel, Ada Lepine, Chanell McIntosh, Crystal Moore, Kerry Ray, Kathryn Reith, Janie Renella, Christi Routt, Dawn Shank, Tammara Upton, Lauren Wallis, Alena Weddle, Jacqueline Williams Holley
    C.D. California, No. 2:19-10824
    C.D. California, No. 2:19-10825
    C.D. California, No. 2:20-00005

       C.D. California, No. 2:20-07550
       E.D. Louisiana, No. 2:20-02261
       S.D. Texas, No. 4:20-00017
       E.D. North Carolina, No. 5:20-00442
       E.D. Pennsylvania, No. 2:20-04137
       W.D. Missouri, No. 4:20-00687
       E.D. Pennsylvania, No. 2:20-04350
       E.D. Pennsylvania, No. 2:20-04483
       M.D. Pennsylvania, No. 1:20-01529
       E.D. Pennsylvania, No. 2:20-04358
       D. Minnesota, No. 0:19-03182
       M.D. Florida, No 8:20-02002
       E.D. Virginia, No. 1:20-00921
       E.D. Texas, No. 1:20-00369
       W.D. Washington, No. 2:20-01384
       D. Utah, No. 2:19-00994
       N.D. Illinois, No. 1:20-05193
       M.D. Tennessee, No. 2:19-00103
       M.D. Pennsylvania, No. 1:20-01536
       D. Idaho, No. 1:20-00022
       D. Utah, No. 1:19-00148
       E.D. Wisconsin, No. 2:20-00585
       S.D. Ohio, No. 2:20-04210

Matthew T. Christensen, Esq.
Angstman, Johnson and Associates, PLLC
3649 N Lakeharbor Lane
Boise, ID 83703
Counsel for Plaintiffs: Tammara Upton
       D. Idaho, No. 1:20-00022

Michelle R Points, Esq.
Points Law, PLLC
420 W. Main, Ste. 206
Boise, ID 83702
Counsel for Plaintiffs: Tammara Upton
       D. Idaho, No. 1:20-00022

Robert M Hammers , Jr., Esq.
Molly Catherine Long, Esq.
Schneider Hammers
5555 Glenridge Connector Suite 975
Atlanta GA, 30342
Counsel for Plaintiffs: Whitney Branch, Ada Lepine, Domonique Lewis, Allison Lewis, Erica McClarty, Patricia Rodriguez, Carley Tredway, Crystal White
       N.D. Florida, No. 4:20-00378
       M.D. Florida, No. 8:20-02002
       S.D. New York, No. 1:20-04048

      N.D. Georgia, No. 1:20-03942
      N.D. Georgia, No. 1:20-03719
      N.D. Georgia, No. 1:20-03945
      M.D. Florida, No. 8:20-02087
      D. Maryland, No. 1:20-02435

Christopher Nace, Esq.
Paulson and Nace PLLC
1025 Thomas Jefferson St. NW Ste. 810
Washington, DC 20007
Counsel for Plaintiffs: Crystal White
      D. Maryland, No. 1:20-02435

Yvonne M Flaherty, Esq.
Lockridge Grindal Nauen PLLP
100 Washington Ave S Ste 2200
Minneapolis, MN 55401-2179
Counsel for Plaintiffs: Amy Kruzel
      D. Minnesota, No. 0:19-03182

Christopher Oxx, Esq.
Parker Waichman LLP
6 Harbor Park Dr.
Port Washington, NY 11050
Counsel for Plaintiffs: Flynn Renard
      D. New Mexico, No. 2:20-00809

Rosalind Bienvenu, Esq.
Justin Kaufman, Esq.
Caren I Friedman, Esq.
Durham, Pittard & Spalding, L.L.P.
505 Cerrillos Rd.
Suite A 209
Santa Fe, NM 87501
Counsel for Plaintiffs: Stacy Hegarty, Flynn Renard
      D. New Mexico, No. 1:20-00970
      D. New mexico, No. 2:20-00809

Jessica Lee Gooding, Esq.
Robert Goings, Esq.
Goings Law Firm
914 Richland Street
Suite A−101
Columbia, SC 29201
Counsel for Plaintiffs: Georgia Bowers
      D. South Carolina, No. 6:20-03250

Nancy A. Mismash, Esq.

Robert J Debry & Associates
4252 S 700 E
Salt Lake City, UT 84107
Counsel for Plaintiffs: Tanya Johnson, Kathryn Reith, Lauren Wallis
    D. Utah, No. 2:20-00586
    D. Utah, No. 2:19-00994
    D. Utah, No. 1:19-00148

Levi M. Plesset, Esq.
Milstein Jackson Fairchild & Wade
10250 Constellation Blvd.
Suite 1400
Los Angeles, CA 90067
Counsel for Plaintiffs: Patricia Huitt
    E.D. California, No. 2:20-00954

Timothy W. Porter, Esq.
Porter & Malouf, P.A.
825 Ridgewood Road
Ridgeland, MS 39157
Counsel for Plaintiffs: Melissa Arias
    E.D. Louisiana, No. 2:20-02261

Timothy P. Smith, Esq.
Smith & Johnson Attorneys, PC
603 Bay Street, P.O. Box 705
Traverse City, MI 49685-0705
Counsel for Plaintiffs: Haifa Al-Qawie, Dawn Schoenfeld
    E.D. Michigan, No. 4:20-12248
    E.D. Michigan, No. 2:20-12366

Gregory Jones, Esq.
Greg Jones Law PA
1319 Military Cutoff Road
Suite CC #138
Wilmington, NC 28405
Counsel for Plaintiffs: Kathryn Barrett
    E.D. North Carolina, No. 5:20-00442

Michael G. Phelan, Esq.
Phelan Petty PLC
3315 West Broad Street
Richmond, VA 23230
Counsel for Plaintiffs: Chanell McIntosh
    E.D. Virginia, No. 1:20-00921

R. Christopher Gilreath, Esq.
Gilreath & Associates (TN)

8

200 Jefferson Avenue Suite 711
Memphis, TN 38103
Counsel for Plaintiffs: Christi Routt
       M.D. Tennessee, No. 2:19-00103

Stephen Ray Hunt , Jr., Esq.
Cory Watson, P.C.
2131 Magnolia Avenue South Suite 200
Birmingham, AL 35205
Counsel for Plaintiffs: Beth Parker
       S.D. Illinois, No. 3:20-00494

Allyson M. Romani, Esq.
Shrader & Associates LLP - Glen Carbon
22A Ginger Creek Parkway
Glen Carbon, IL 62034
Counsel for Plaintiffs: Beth Parker
       S.D. Illinois, No. 3:20-00494

Erin Copeland, Esq.
Fibich Leebron Copeland Briggs Josephson
1150 Bissonnet Street
Houston, TX 77005
Counsel for Plaintiffs: Nicholle Barcelo
       S.D. Texas, No. 4:20-00017

Adam Graves, Esq.
Norman and Graves, LLC
4505 Madison Ave
Suite 220
Kansas City, MO 64111
Counsel for Plaintiffs: Roche Burrell, Hannah Mende, Ounjanise Smith, Kadia Warren
       W.D. Missouri, No. 4:20-00687
       W.D. Missouri, No. 4:20-00747
       W.D. Missouri, No. 4:20-00746
       W.D. Missouri, No. 4:20-00744

By:   /s/ *Lauren A. Welling*
Lauren A. Welling (CA Bar No. 291813)
Sanders Phillips Grossman, LLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606
Phone: 516-741-5600
Fax: 213-477-2860
lwelling@thesandersfirm.com